No. 03-7754. PATTERSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03-7757. WEBB *v.* SLOAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-7758. ZABLAH *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-7762. COOPER *v.* PEGUÈSS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03-7764. BRAXTON *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 03-7767. TAYLOR *v.* SMITH. C. A. 4th Cir. Certiorari denied.

No. 03-7769. WEST *v.* KEESHAN, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-7770. SINCLAIR *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 03-7773. WILLIAMS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03-7775. RENFRO *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 03-7778. HILL *v.* GWINNETT COUNTY TRAFFIC COURT. C. A. 11th Cir. Certiorari denied.

No. 03-7780. MCSWINE *v.* CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied.

No. 03-7781. BURGE *v.* GOURLEY, DIRECTOR, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03-7786. RODRIGUEZ *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 03-7787. RODRIGUEZ *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.